David R. Singer (State Bar No. 204699)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
david.singer@hoganlovells.com

Sanford M. Litvack (State Bar No. 177721)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
sandy.litvack@hoganlovells.com

Attorneys for Defendants
THE WALT DISNEY COMPANY,
WALT DISNEY PICTURES,
DISNEY ENTERPRISES, INC.
and PIXAR

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JAKE MANDEVILLE-ANTHONY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY PICTURES, DISNEY ENTERPRISES, INC., PIXAR d/b/a PIXAR ANIMATION STUDIOS; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 11-2137 VBF (JEMx)<br><br>Complaint Filed: March 14, 2011<br><br>**DECLARATION OF DAVID R. SINGER IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:      July 25, 2011<br>Time:      1:30 p.m.<br>Location:  Courtroom 9<br><br>Hon. Valerie Baker Fairbank |

\\\LA - 022031/000020 - 486904 v1

# DECLARATION OF DAVID R. SINGER

I, David R. Singer, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and I am a partner at the law firm of Hogan Lovells US LLP, attorneys of record for defendants The Walt Disney Company, Walt Disney Pictures, Disney Enterprises, Inc. and Pixar (jointly, "Defendants"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath. I submit this declaration in support of Defendants' Motion for Judgment on the Pleadings (the "Motion").

2. Attached hereto as **Exhibit A** is a copy of *Cookie & Co.*, Registration Number PAu 3-517-273, obtained by Defendants from the United States Copyright Office on April 1, 2011, as well as the Certificate of Registration. Plaintiff Jake Mandeville-Anthony's ("Plaintiff") complaint identifies *Cookie & Co.* as one of Plaintiff's works that was allegedly infringed by Defendants' works. I have the original certified copy of these materials and could bring them to the hearing on Defendants' Motion if requested to do so.

3. Attached hereto as **Exhibit B** is a copy of *Cars/Auto-Excess/Cars Chaos*, Registration Number PAu 3-517-316, obtained by Defendants from the United States Copyright office on April 1, 2011, as well as the Certificate of Registration. Plaintiff's complaint identifies *Cars/Auto-Excess/Cars Chaos* as one of Plaintiff's works that was allegedly infringed by Defendants' works. I have the original certified copy of these materials and could bring them to the hearing on Defendants' Motion to Dismiss if requested to do so.

4. A DVD copy of Defendants' 2006 motion picture *CARS*, one of the allegedly infringing works identified by, and incorporated by reference into, Plaintiff's complaint is being lodged concurrently herewith as Exhibit 1 to

1  Defendants' Notice of Lodging in Support of Defendants' Motion for Judgment on
2  the Pleadings.
3        5.    A DVD copy of Defendants' 2008 animated shorts *CARS Toon:
4  Mater's Tall Tales*, some of the allegedly infringing works identified by, and
5  incorporated by reference into, Plaintiff's complaint is being lodged concurrently
6  herewith as Exhibit 2 to Defendants' Notice of Lodging in Support of Defendants'
7  Motion for Judgment on the Pleadings.

10       I declare under penalty of perjury under the laws of the State of California that
11 the foregoing is true and correct.  Executed this 16th day of June, 2011 at
12 Los Angeles, California.

                                          /s/
                                    David R. Singer