# Exhibit "B"

Case 2:11-cv-02137-VBF-JEM   Document 30-3   Filed 06/16/11   Page 1 of 19   Page ID #:398

LIBRARY OF CONGRESS

## Copyright Office of the United States
WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for a work entitled **CARS** registered under number **PAu 3-517-316**. This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY ALSO**, that the attached color photocopies are a true representation of the work entitled **CARS** deposited in the Copyright Office on September 19, 2010 with claim of copyright registered under number **PAu 3-517-316**. The attached photocopies are the best possible electrostatic positive prints available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF** the seal of the Copyright Office is hereto been affixed on April 1, 2011.

Maria A. Pallante
Acting Register of Copyrights and
Associate Librarian for Copyright Services

By: Rosemary J. Kelly
Head
Records Research and Certification Section
Information and Records Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

Page 1 of 1

**EXHIBIT B**

**Additional Certificate (17 U.S.C. 706)**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
**PAu 3-517-316**
Effective date of registration:
September 19, 2010

---

### Title
**Title of Work:** Cars

### Completion/ Publication
**Year of Completion:** 1993

### Author
- **Author:** Jake Mandeville-Anthony
- **Pseudonym:** Ian Quartermaine
- **Author Created:** script/screenplay
- **Citizen of:** United Kingdom      **Domiciled in:** United Kingdom
- **Pseudonymous:** Yes

### Copyright claimant
**Copyright Claimant:** Jake Mandeville-Anthony
87 King Street, Portsmouth, United Kingdom

### Rights and Permissions
**Name:** Jake Mandeville-Anthony
**Email:** jmanant@hotmail.com      **Telephone:** 44239-279-1551

### Certification
**Name:** Jake Mandeville-Anthony
**Date:** September 19, 2010

---

**Correspondence:** Yes

Page 1 of 1

**EXHIBIT B**

Titles:  **CARS**

**AUTO EXCESS**

**CAR CHAOS**

An original cartoon story/screenplay series.

(C) June 1992. Ian Quartermaine.

**EXHIBIT B**

## CARS - AUTO EXCESS - CAR CHAOS

(C) June 1992. Ian Quartermaine.

## SYNOPSIS

A television series which featured cartoon characters of all the well known manufactured cars, past and present; involved in a continuous round of races, rallies and adventures would probably stand an excellent chance of world wide financial success, with tremendous additional opportunities for character merchandising tie in's with auto makers, travel and auto accessory products.

Producers and Studio Executives will not need this writer to spell out the entertainment and merchandising potential of characters such as:

### JAMES ASTIN - MARTIN

A James Bond type character. Every time he crashes instead of saying "0, 0, seven", he says: "0, 0 blast" in a cool, Sean Connery type voice.

### ANTONIO ALFA - ROMEO

An Italian romeo, fast & good looking car in a swarthy, continental way.

### ARMSTRONG SIDDELEY

Posh British car but not too clever. Bit like Bertie Wooster.

### AUSTIN HEALEY

Posh, sporty and British. Armstrong Healey's friend. Bit like Jeeves.

### BENZOL BEETLE

Young German, open air, Volkswagen car. Wears ledderhosen and alpine hat with feather in it.

**EXHIBIT B**

BERTIE BENTLEY

Upper class twit car. A Monocled snob, well dressed in conventional cut British clothes but with a dash of the 'old sport': yellow waistcoat, don't cha know. Bit like Ian Carmichael.

BEN BUICK

Athletic American car. Bit like a young Burt Lancaster.

BERTRAND BUGATTI

Fast French romeo car. Pencil moustache, beret, scarf.

CASPER CADILLAC

American Business executive car. Very rich, cameras round neck, loud check jacket. Along for the ride rather than to try and win prizes as he's not getting any younger.

CHARLIE CHEVROLET

A Chaplinesque car. Small moustache, cane and baggy pants.

CHRIS CHRYSLER

Young American, open top car. Beach boys type always accompanied by Beach Boys music and with a surf board sticking out of his trunk.

CELINE CITROEN

Young Briggite Bardot car. All other young cars are secretly in love with her.

DR. DAMIEN DAIMLER

Top English surgeon. He bandages and repairs all the other cars after their many road smashes and knocks. Keeps saying "Dashed good chap, what"?

FREDERICO FERRARI

Italian business tycoon. Always in the company of a beautiful young female car.

2

**EXHIBIT B**

**167**

## FABRIZIO FIAT

Small Italian male car. Get's strung up and emotional very easily then drives badly. You know how Italians do.

## MISS THUNDERBIRD FORD

Famous, American, pink, sex pot movie star. Bit like Jayne Mansfield. Has huge pair of tail fins which wiggle and big, busty headlamps.

## BRUCE HOLDEN

A cheery Australian station wagon. Tries hard but not very clever. Enjoys drinking too much gasoline and bumper to bumper punch up's with other cars. Calls British cars "poms".

## HIROSHI HONDA

Aristocratic and rich Japanese sports car. Flying helmet, scarf & other elegant clothing accessories. Probably part of the Japanese royal family.

## JENNY JAGUAR

James Astin - Martin's British, upper class, E type, would be girl friend. Bit like Miss Moneypenny.

## JIMMY JENSEN

English Sports car type. Flying Officer moustache, scarf, bright waistcoat, Prince of Wales check sports jacket and world war two pilot flying goggles. Keeps saying "Wizard prang" before he crashes.

## COUNT LUCHIANO LAMBORGHINI

An Italian aristocrat.

## SIR LARRY LAGONDA

Youngish English aristocrat. Insists on being called Sir Larry. Bit of a snob who looks down on the sporty aristocrat's of other countries. Bloody foreigners, what?

LAURENCE LAND ROVER

Rugged British explorer. Bit like Stewart Granger in King Solomans Mines. Bush hat, safari suit, hunting rifle.

LETICIA LANCIA

A beautiful cheesecake, Italian movie star with big front bumpers. Bit like Gina Lollabrigida Constantly tries to upstage Miss Thunderbird Ford. Both cars have pouting competitions.

COUNT MACHISMO MASERATI

Young, stylish and dashing Italian aristocrat. Bit like the Bennetton family. In fact this car should really carry the Bennetton colours as well as the Maserati logo. What a merchandising tie up for all concerned.

MITSUI MAZDA

Young Japanese, whiz kid car. Glasses and serious appearance but with friendly intent. Is a karate expert always willing to come to the aid of cars in distress. A noble, modern, Japanese ambassador.

PRINCESS MERCEDES MERCEDES

Stern, young, German, female aristocrat car. Likes everything to be well ordered and is a bit bossy in a teutonic way.

PRINCE MIKAEL MERCEDES

Feckless young German aristocrat. Has a dueling scar on his bonnet and chases fast girl cars. Constantly wants to race and duel with other aristocratic cars. Complete opposite to his sister Mercedes Mercedes.

MORITZIO MITSUBISHI

Japanese office worker car. Diligent but not very imaginative in his approach to winning races but sometimes surprises himself and others.

MANNY MORRIS

Small, Morris Mini, Jewish market trader car. Always out for a deal. Sets up trailer to sell refreshments in pit stops and breaks between races. Also buys up second hand car parts to sell to other cars in emergencies after their many crashes and shunts.

NICHORIMA NISSAN

Flash Japanese, male movie star.

OLIVER OLDSMOBILE

Oliver hardy type car. Small moustache and tiny bowler hat. Affable and always crashing into things even though he goes very slowly. Smiles embarrassed smiles a lot and is always saying "excuse me maam" and "thats another fine mess you've got me into Stanley", to his friend Stanley Standard.

PIERRE PEUGOT

Young French, left bank intellectual. Scarf, glasses but quite handsome in a studious way.

PAUL PONTIAC

Young, American business car. Smart suit, glasses, very polite and reliable. Bit like Clark Kent as he's actually quite heroic underneath. Saves damsels in distress.

PANZER PORSCHE

A very fast German car with stereotype, militaristic appearance. Wears the Iron Cross.

ROGERE RENAULT

Young French business car. Married with loads of small car kids. Always out with his wife touring.

RENE RENAULT

Rogere's French wife.

THE RIGHT HONOURABLE RICHMAN ROLLS - ROYCE

5

Exceptionally aristocratic English car. Probably an ambassadorial, right hand car person to the English Royal Family. Has gap in his the middle of his fender (teeth) like Terry Thomas character and similar voice. Always has cigarette holder in his grill (but no cigarette). "Given them up, don't cha know" he often says when asked what it's doing there, "bad for the health, old habits die hard, what".

ROGER ROVER

Rugged, rugger playing British sport. Not too bright.

STEPHAN SKODA

Very poor Czechoslovakian car. Always hungry for gas and western currency..

STANLEY STANDARD

A Stan Laurel car. Always drives close to Oliver Oldsmobile and often screws up his face, cries and says: " I did'nt do it Olly," when causing his friend Oliver Oldsmobile to crash.

SYLVIA SUNBEAM - TALBOT

A sporty, tubby but happy English girl debutante with a double barrelled name, of course. Her dress resembles a British school gym slip. Often gauchely and heartily smacks other cars on the back fender with her front fender when she says:
"jolly hockey sticks" if any other male car makes an approach. Bit like Beryl Reed in the movie Belles of St Trinians.

TOSHIRO TOYOTA

Aggressive Japanese car. Much like a Samurai warrior. Always want's to win.

VERNON VAUXHALL

Plucky young English car. Doesn't have much money but like an earnest Brit, always does his best. Vernon is secretly lonely and looking for Miss Right to settle down and have lots of little Vauxhall Viva's.

VIKTOR VOLVO

Swedish car with Viking helmet logo on his bonnet. Has strong, straight blonde hair, blue eyes, Swedish accent and when other cars are acting suspiciously says: "vot are yer dewing"? Viktor though is very civilised, polite and polished on the outside and often raises money for charity through his races and rallies but is actually strong, rugged and a good fighter underneath. Can really mix it with other cars when required and has a secret, horned, viking helmet implement which flicks out from any of his wheels to puncture the tyres of other cars, like an ancient chariot, if other auto's attack or drive too close.

A RUSSIAN CAR

Should also be featured. That car should call every other car 'Tovarich', wear Russian boots, a fur hat and a heavy coat to keep out the cold, even when he's driving through the middle of the desert. A bit of Cossack dancing would also not go amiss every so often. "Kalinka, Kalinka", etc. Also drinks too much benzol at times.

It is not too hard to envisage the many scenarios which could take place involving the many central and co - starring characters.

Races and Rallies to all parts of the world: The London to Sydney Vintage Car Rally. Route 66 across the USA. Moscow to Washington Rally. Alpine rallies. The Australian Rally. Desert Kingdom rallies, far Eastern rallies and much more.

In addition, just about Capital city in the world could be visited so giving the cartoon series a broad, International audience with each location featured, humorously highlighting the stereotype, national characteristics of each country.

Would be love affairs, national friendships and rivalries would interplay between each cartoon car as they competed amongst themselves for various international trophies and prizes.

Side plots and incidents involving car versions of Stan Laurel, Oliver Hardy and Charlie Chaplin would also add to the comedic nature of the series.

Car smashes and near car crashes would add continuous excitement in the same way as computer game races; another reason for this series to appeal to young viewers worldwide. In fact a best selling computer game based on the cartoon series characters would almost be a certainty.

In every location featured, the same type of obstacles likely to be encountered in the genuine location would continuously liven up the plots: camels in Arabia, elephants in India, kangaroos in Australia, skiers and snow drifts in Switzerland, the trooping of the colour and other ancient royal processions in London, snakes and monsoon rains in

7

EXHIBIT B

172

South East Asia, traffic jams in Rome, Bangkok and LA.

The full range of human relationships and adventures would be featured but as the exciting and adventurous lives of various, international cartoon cars.

Clearly, the basic plots would be simple but with enough interwoven character traits, often based on famous characters past and present, to add extra texture and interest for adults also.

As a humorous, non stop action cartoon with wide and varied background locations, "CARS"/"AUTO EXCESS/ CAR CHAOS" would probably stand an excellent chance of achieving international success. Auto product and car sales advertising tie - in's, character merchandising and sales of the computer game would probably create more revenue than the cartoon series itself. Like Ninja Turtles did. A theatrical release movie might also eventually be possible.

-------------------------

## CARS - AUTO EXCESS - CAR CHAOS

EPISODE ONE.

ALPINE ANTICS

1. EXT. DAY. A SWISS VILLAGE IN THE ALPS. ALL THE MAIN CAR CHARACTERS line up for an Alpine Rally. Snow is everywhere and a small crowd of villagers plus a TV film unit and reporters/photographers wait for THE STARTER, A FAT SWISS MAN WEARING LEDDERHOSEN, BRACES AND A SWISS HAT WITH FEATHER, to fire the starting pistol.

MISS THUNDERBIRD FORD poses for photographers and smiles like a famous fifties American, sex pot, movie star. LETICIA LANCIA attempts to upstage Miss Ford by shoving her heaving headlamps towards the media persons.

THE ARISTOCRATIC CARS appear languid and bored, really here only to be seen by the media and they also pose for photographers after movie star Miss Ford is finished with them. The aristocratic cars compete with each other to pose for the media so much they miss the starters gun and instantly look annoyed, really wanting to win the race even though they pretend to be torpid and indifferent, allowing the three Japanese cars, TOSHIRO TOYOTA, MORITZIO MITSUBISHI, HIROSHI HONDA, MITSUI MAZDA AND NICHORIMA NISSAN to take the early lead as all the other contestant cars race off, skidding round narrow, snow covered Swiss roads onwards towards even narrower mountain roads.

2. EXT. DAY. NARROW ALPINE ROADS. COWS cross the roads with bells round their necks forcing ROGERE RENAULT and his wife RENE RENAULT to drive into a snow drift. They remain there pleased not to have to drive so hard on a cold day and place their bumpers close together to keep warm, still very much in love.

Dauntless ARMSTRONG SIDDELEY, JAMES ASTON - MARTIN, AUSTIN HEALEY, JIMMY JENSEN, BERTIE BENTLEY, ROGER ROVER, LAURENCE LAND ROVER, JENNY JAGUAR and SYLVIA SUNBEAM - TALBOT, race just behind the five Japanese cars.

Looking quite irritated that their posing has left them napping at the start, the aristocratic

2

**EXHIBIT B**

174

European car crowd: ANTONIO ALFA ROMEO, BERTRAND BUGATTI, FREDERICO FERRARI, COUNT MONTAGU MASERATI, COUNT LUCHIANO LAMBORGHINI, PRINCE & PRINCESS MERCEDES and PANZER PORSCHE race up behind the sporty British car contingent doing their snooty best to overtake whilst trying not to appear to be too concerned about doing so.

Just behind the European aristocrat's and poseurs come the mix of lesser priced character cars: BENZOL BEETLE, BEN BUICK, CHRIS CHRYSLER, CELINE CITROEN, FABRIZIO FIAT, BRUCE HOLDEN, PIERRE PEUGOT, PAUL PONTIAC, STEPHAN SKODA, VERNON VAUXHALL, VIKTOR VOLVO and the RUSSIAN CAR drive enthusiastically behind.

Purring along in an 'above it all' pace, the really rich cars: CASPER CADILLAC, DR. DAMIEN DAIMLER, SIR LARRY LANCIA and THE RIGHT HONOURABLE RICHMAN ROLLS ROYCE drive behind the rest, really there for the ride rather than to win the race. Far too much money to have to bother with actually winning dont cha know.

With an entourage of spectator car fans, MISS THUNDERBIRD FORD cruises along, really there for the publicity to advertise her latest movie which she advertises via a poster on the side of her ample body work. The movie poster proclaims: "Miss Thunderbird Ford starring in a tale of sex, greed, rock n roll and clif hanging suspension: ALPINE EXCESS". MANNY MORRIS drives by her side attempting to persuade her to allow him to be her agent and LETICIA LANCIA drives even closer, trying to over hear what her movie star rival is planning.

Last of all, CHARLIE CHEVROLET, OLIVER OLDSMOBILE and STANLEY STANDARD have difficulty in starting at all but eventually make it, ages behind the other cars.

Various cars skid off cliffs and end up perched on small mountain peaks surrounded by curious alpine goats.

A huge pile up occurs inside the Mont Blanc Tunnel.

Others turn corners so fast they go off the side of the road and slide down mountain sides accompanied by skiers.

A JULIE ANDREWS SWISS CAR suddenly appears round a bend singing 'high on the hills there's a lonely goat herd, lay, oh lay, oh lay hay, hee', accompanied by SEVEN SMALLER SWISS CARS, forcing more car contestants to drive off the road in order to miss the yodelling cars, whence they crash over a small bridge to land on the carriages of a Swiss train beneath which choogles them away, back up the mountain from where they

2

EXHIBIT B

had just come, those cars also out of the race.

The open top convertible CHRIS CHRYSLER, with Beach Boys music playing loud, stops to cunningly drive himself up on to his surf board to ski down a mountain side as a short cut, enabling Chris to hit the front once he meets up with the road below.

This leaves CHRIS CHRYSLER, JIMMY JENSEN, JAMES ASTIN - MARTIN, PRINCE MIKAEL MERCEDES, PANZER PORSCHE, TOSHIRO TOYOTA & VIKTOR VOLVO competing for the lead.

Before the finishing ribbon approaches JIMMY JENSEN gets excited, shouts "Wizard Prang" and crashes into a Swiss Chalet perched on a mountainous bend forcing James Astin - Martin to drive into a horse and cart full of hay. James looks annoyed and says: "O, O, blast". Jenny Jaguar drives up to console him saying, "Oh, poor James, that leaves you free for tonight". Jimmy continues to career through one side of the Swiss house, out of the back and off the cliff behind, shouting: "Boy Scouts motto is 'be prepared', what, wizard prang and all that". Jimmy's world war two fighter pilot flying goggles come in handy when he flies down the mountain as two wings sprout from the side of his car body, enabling him to glide to a soft landing. The fiendishly British ability to 'be prepared', dont cha know, what, and all that.

VIKTOR VOLVO and PRINCE MIKAEL MERCEDES race neck and neck with PANZER PORSCHE coming up close behind in an attempt to overtake them both until Mikael attempts to run Viktor off the road. Viktor presses a button on his dashboard and a Viking Helmet with horns flicks out from one of his wheels and jams into Prince Mikael's tyre, puncturing it. Panzer Porsche curses as he runs into both of them and all three cars slither off the road. Prince Mikael Merecedes immediately challenges Panzer Porsche to a duel and both cars commence sword fighting with their loose fenders as Viktor watches bemused. All three cars also out of the race.

With only cool CHRIS CHRYSLER and tough TOSHIRO TOYOTA left as the finishing ribbon is in sight, Toshiro takes the lead by a few feet but his bumper/fender accidentally catches on Chris Chrysler's surf board which is sticking out. Toshiro is hooked up with the surf board and slides on to the ice at the side of the road whence he skids into a Swiss Cuckoo Clock factory. Cuckoos and moving clock parts bump Toshiro's head and body work until he goes slightly cuckoo himself, leaving cool and laid back Chris Chrysler to cruise over the finishing line whence his brakes fail and he crashes straight into a Swiss chocolate factory.

Covered in gooey, liquid chocolate, Chris is then surrounded by adoring young Swiss Miss cars, a happy, cool dude, the winner even though he's covered in chocolate. The

3

**EXHIBIT B**

Beach Boys music lyrics sing: "Swiss surf city here I come, two girls for every boy".

------------------------

In short cartoon featurettes, most of the detailed story line and action is blocked out and constructed by the animators as cartoons are predominately visual, consisting of fast moving 'action' antics and 'sight gags'. Dialogue is usually at a minimum and apart from basic plot explanations from the characters, is mainly restricted to 'catch phrases': "0, 0, blast", "that's another fine mess you've got me into Stanley Standard", "I did'nt do it Olly Oldsmobile", oohs, ahhs, ouches etc. First draft scripts are therefore economic to start with, as with the above outline, and only fully develop when the Producer, Director and Animators coordinate their talents concerning the final direction of the production.

------------------------



**EXHIBIT B**



EXHIBIT B



**EXHIBIT B**