David R. Singer (State Bar No. 204699)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
david.singer@hoganlovells.com

Sanford M. Litvack (State Bar No. 177721)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
sandy.litvack@hoganlovells.com

Attorneys for Defendants
THE WALT DISNEY COMPANY,
WALT DISNEY PICTURES,
DISNEY ENTERPRISES, INC.
and PIXAR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAKE MANDEVILLE-ANTHONY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY PICTURES, DISNEY ENTERPRISES, INC., PIXAR d/b/a PIXAR ANIMATION STUDIOS; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 11-2137 VBF (JEMx)<br><br>Complaint Filed: March 14, 2011<br><br>**NOTICE OF LODGING IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: July 25, 2011<br>Time: 1:30 p.m.<br>Location: Courtroom 9<br><br>Hon. Valerie Baker Fairbank |

\\LA - 022031/000020 - 487403 v1

|   |   |
|---|---|
| 1 | Pursuant to Local Rule 11-5.1, defendants The Walt Disney Company, Walt |
| 2 | Disney Pictures, Disney Enterprises, Inc. and Pixar (jointly, "Defendants") submit |
| 3 | this Notice of Lodging and accompanying exhibits in support of their concurrently- |
| 4 | filed Motion for Judgment on the Pleadings. |
| 5 |     1.    A DVD copy of Defendants' 2006 motion picture *CARS*, one of the |
| 6 | allegedly infringing works identified by, and incorporated by reference into, |
| 7 | Plaintiff's complaint is lodged herewith as **Exhibit 1**. |
| 8 |     2.    A DVD copy of Defendants' 2008 animated shorts *CARS Toon:* |
| 9 | *Mater's Tall Tales*, some of the allegedly infringing works identified by, and |
| 10 | incorporated by reference into, Plaintiff's complaint is lodged herewith as **Exhibit 2**. |

Date: June 16, 2011               HOGAN LOVELLS US LLP

By: _____/s/_____
    David R. Singer

Attorneys for Defendants
THE WALT DISNEY COMPANY,
WALT DISNEY PICTURES,
DISNEY ENTERPRISES, INC.
and PIXAR

# Exhibit "1"



EXHIBIT 1

# Exhibit "2"



EXHIBIT 2