1  David R. Singer (State Bar No. 204699)
   HOGAN LOVELLS US LLP
2  1999 Avenue of the Stars, Suite 1400
   Los Angeles, California 90067
3  Telephone: (310) 785-4600
   Facsimile: (310) 785-4601
4  david.singer@hoganlovells.com

5  Sanford M. Litvack (State Bar No. 177721)
   HOGAN LOVELLS US LLP
6  875 Third Avenue
   New York, New York 10022
7  Telephone: (212) 918-3000
   Facsimile: (212) 918-3100
8  sandy.litvack@hoganlovells.com

9  Attorneys for Defendants
   THE WALT DISNEY COMPANY,
10 WALT DISNEY PICTURES,
   DISNEY ENTERPRISES, INC. and PIXAR
11
   [Additional counsel listed on next page]
12

13             **UNITED STATES DISTRICT COURT**
14             **CENTRAL DISTRICT OF CALIFORNIA**
15                  **WESTERN DIVISION**
16

17
   JAKE MANDEVILLE-ANTHONY,          Case No. CV 11-2137 VBF (JEMx)
18 an individual,
                                     Complaint Filed: March 14, 2011
19          Plaintiff,
                                     **JOINT STIPULATION AND**
20    v.                             **[PROPOSED] ORDER RE *CARS 2***
                                     **DVD AND CONTINUANCE OF**
21 THE WALT DISNEY COMPANY,          **HEARING DATE FOR MOTION**
   WALT DISNEY PICTURES,             **FOR JUDGMENT ON THE**
22 DISNEY ENTERPRISES, INC.,         **PLEADINGS**
   PIXAR d/b/a PIXAR ANIMATION
23 STUDIOS; and DOES 1-10, inclusive, Current Hrg. Date: 7/25/2011
                                     New Hrg. Date:    8/1/2011
24
          Defendants.
25                                   Hon. Valerie Baker Fairbank

26

27

28

\\\LA - 022031/000020 - 487539 v2

1

Nicholas A. Kurtz (State Bar No. 232705)
DUNLAP, GRUBB & WEAVER, PLLC

2

199 Liberty St., SW

3

Leesburg, Virginia 20175
Telephone:  (703) 777-7319

4

Facsimile:   (703) 777-3656
nkurtz@dglegal.com

5

6

Attorneys for Plaintiff,
JAKE MANDEVILLE-ANTHONY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        **STIPULATION**

2        WHEREAS, on June 16, 2011, defendants The Walt Disney Company, Walt

3    Disney Pictures, Disney Enterprises, Inc., and Pixar ("Defendants") filed a Motion

4    for Judgment on the Pleadings (the "Motion");

5        WHEREAS the Motion seeks dismissal of plaintiff Jake Mandeville-

6    Anthony's ("Plaintiff") copyright and contract claims that are based, in part, on

7    allegations that Defendants' motion picture *CARS 2* infringes certain copyrighted

8    works of Plaintiff;

9        WHEREAS the Motion is currently set for hearing on July 25, 2011;

10       WHEREAS Plaintiff's opposition brief is currently due on July 5, 2011, the

11   day after a holiday weekend;

12       WHEREAS *CARS 2* is being released in theatres nationwide on June 24, 2011

13   and will not be commercially available on DVD (or other similar media) until at

14   least November 2011;

15       WHEREAS the parties have reached an agreement that would allow for one

16   copy of *CARS 2* to be provided to the Court and one copy to be provided to

17   Plaintiff's counsel for purposes of the Motion; and

18       WHEREAS this Stipulation is being entered into in order to address the threat

19   of DVD piracy as set forth in prior submissions to the Court;

20       NOW, THEREFORE, Plaintiff and Defendants, jointly and severally, through

21   their respective counsel of record, hereby stipulate to entry of the proposed Order set

22   forth below.

23

24   **DATED: June 22, 2011**            DUNLAP, GRUBB & WEAVER, PLLC

25                                       By: _____

26                                           Nicholas A. Kurtz

27                                           Attorneys for Plaintiff

28                                           JAKE MANDEVILLE-ANTHONY

1

2    **DATED: June 22, 2011**        HOGAN LOVELLS US LLP

3

4                           By: _____

                                David R. Singer

5                               Attorneys for Defendants

6                               THE WALT DISNEY COMPANY,
WALT DISNEY PICTURES,

7                               DISNEY ENTERPRISES, INC.,
and  PIXAR

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28