1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| JAKE MANDEVILLE-ANTHONY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY PICTURES, DISNEY ENTERPRISES, INC., PIXAR d/b/a PIXAR ANIMATION STUDIOS; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 11-2137 VBF (JEMx)<br><br>Complaint Filed: March 14, 2011<br><br>**[PROPOSED] ORDER RE *CARS 2* DVD AND CONTINUANCE OF HEARING DATE FOR MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Current Hrg. Date: 7/25/2011<br>New Hrg. Date:    8/1/2011<br>Discovery Cutoff: 1/20/12 (Liability); 6/11/12 (Damages)<br>Pretrial Conf.: 6/18/12<br>Trial: 7/9/12<br><br>Hon. Valerie Baker Fairbank |
|---|---|

   The Court, having read and considered the parties' Joint Stipulation Re *CARS 2* DVD and Continuance of Hearing Date for Motion for Judgment on the Pleadings, and GOOD CAUSE appearing therefor, hereby ORDERS as follows:

1. Upon entry of this Order by the Court, Defendants will deliver to Plaintiff's counsel, Nicholas Kurtz of Dunlap, Grubb & Weaver PLLC, a DVD copy of *CARS 2* ("Plaintiff's Copy");

2. Upon entry of this Order by the Court, Defendants will lodge a DVD copy of *CARS 2* with the Court by delivering it directly to chambers (the "Court's Copy"). Defendants will file a Notice of Lodging stating that the Court's Copy has been delivered directly to chambers.

3. Plaintiff's Copy and the Court's Copy will contain certain anti-piracy security measures including watermarks;

4. No additional copies will be made of the Court's Copy or the Plaintiff's Copy;

5. For the duration of this lawsuit, Plaintiff's counsel shall maintain Plaintiff's Copy in a secure location at its offices at 199 Liberty St., SW, Leesburg, Virginia 20175.

6. Upon termination of this lawsuit, Plaintiff's counsel shall immediately return Plaintiff's Copy to Defendants in the manner specified by Defendants.

7. The Motion hearing date of July 25, 2011 shall be continued by one week and rescheduled to **August 1, 2011 at 1:30 p.m.**

8. Defendants shall file an Amended Notice of Motion setting forth the new hearing date.

IT IS SO ORDERED.

DATE:_____                    _____
                                  UNITED STATES DISTRICT COURT JUDGE