David R. Singer (State Bar No. 204699)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
david.singer@hoganlovells.com

Sanford M. Litvack (State Bar No. 177721)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
sandy.litvack@hoganlovells.com

Attorneys for Defendants
THE WALT DISNEY COMPANY,
WALT DISNEY PICTURES,
DISNEY ENTERPRISES, INC.
and PIXAR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JAKE MANDEVILLE-ANTHONY, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY PICTURES, DISNEY ENTERPRISES, INC., PIXAR d/b/a PIXAR ANIMATION STUDIOS; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV 11-2137 VBF (JEMx)<br><br>Complaint Filed: March 14, 2011<br><br>**NOTICE OF LODGING OF *CARS 2* DVD IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:       August 1, 2011<br>Time:      1:30 p.m.<br>Location: Courtroom 9<br><br>Hon. Valerie Baker Fairbank |

\\\LA - 022031/000020 - 487706 v1

Pursuant to the Court's June 23, 2011 Order (Dkt. # 37) and Local Rule 11-5.1, defendants The Walt Disney Company, Walt Disney Pictures, Disney Enterprises, Inc. and Pixar (jointly, "Defendants") are lodging with the Court the attached DVD copy of *CARS 2* (Exhibit A) by delivering the DVD directly to chambers of the Honorable Valerie Baker Fairbank.  As set forth in Defendants' pending Motion for Judgment on the Pleadings, *CARS 2* is one of the allegedly infringing works identified by and incorporated by reference into plaintiff Jake Mandeville-Anthony's complaint.

Date:  June 27, 2011                                    HOGAN LOVELLS US LLP


                                                        By:            /s/
                                                            David R. Singer

                                                        Attorneys for Defendants
                                                        THE WALT DISNEY COMPANY,
                                                        WALT DISNEY PICTURES,
                                                        DISNEY ENTERPRISES, INC.
                                                        and PIXAR

\\\LA - 022031/000020 - 487706 v1                       1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT A

(Per Court Order, this exhibit is being delivered directly to chambers)