1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JAKE MANDEVILLE-ANTHONY, an individual, | Case No. CV 11-2137 VBF (JEMx) |
| Plaintiff, | Complaint Filed: March 14, 2011 |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND DISMISSING COMPLAINT WITH PREJUDICE** |
| THE WALT DISNEY COMPANY, WALT DISNEY PICTURES, DISNEY ENTERPRISES, INC., PIXAR d/b/a PIXAR ANIMATION STUDIOS; and DOES 1-10, inclusive, | |
| Defendants. | Hon. Valerie Baker Fairbank |

///

///

///

\\\LA - 022031/000020 - 486896 v1

1  Defendants The Walt Disney Company's, Walt Disney Pictures', Disney Enterprises, Inc.'s and Pixar's ("Defendants") Motion for Judgment on the Pleadings came before the Court on July 25, 2011. After considering the parties' briefs and the their respective works (incorporated by reference in the Complaint), the Court **ORDERS** as follows:

(1) Plaintiff's works, *Cookie & Co.* and *Cars/Auto-Excess/Cars Chaos* and Defendants' works, *CARS*, *CARS 2*, and *CARS Toon: Mater's Tall Tales*, are not substantially similarity as a matter of law. *Zella v. E.W. Scripps Co.*, 529 F. Supp. 2d 1124, 1130 (2007); *Funky Films v. Time Warner Ent. Co.*, 462 F.3d 1072, 1077 (9th Cir. 2006). Among other things, the protectable elements of the parties' respective works are dissimilar in plot, sequence of events, pace, themes, dialogue, mood, setting, and characters. *Id.* Accordingly, Plaintiff's First Cause of Action for copyright infringement is **DISMISSED** with prejudice.

(2) Plaintiff's Second Cause of Action for Breach of Implied Contract is **DISMISSED** with prejudice because it is barred by the applicable two-year statute of limitations. Cal. Code Civ. Proc. § 339(1); *Thompson v. California Brewing Company*, 191 Cal. App. 2d 506, 507 (1961).

Accordingly, pursuant to FRCP 12(c), judgment on the pleadings is entered in favor of Defendants, and Plaintiff's Complaint is **DISMISSED** in its entirety with prejudice. Judgment shall be entered in favor of Defendants against Plaintiff.

**IT IS SO ORDERED.**

Dated: 7-27-11

*Valerie Baker Fairbank*

Hon. Valerie Baker Fairbank
United States District Court Judge