**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAKE MANDEVILLE-ANTHONY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> THE WALT DISNEY COMPANY, WALT DISNEY PICTURES, DISNEY ENTERPRISES, INC., PIXAR d/b/a PIXAR ANIMATION STUDIOS; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. CV 11-2137 VBF (JEMx) <br><br> Complaint Filed:  March 14, 2011 <br><br> **JUDGMENT** <br><br><br> Hon. Valerie Baker Fairbank |

The Court, having granted the motion for judgment on the pleadings filed by defendants The Walt Disney Company, Walt Disney Pictures, Disney Enterprises, Inc. and Pixar ("Defendants") without leave to amend, **HEREBY ORDERS, ADJUDGES, AND DECREES THAT** final judgment be entered in this action

/ / /

/ / /

/ / /

1  against plaintiff Jake Mandeville-Anthony and in favor of Defendants and that
2  Defendants recover their costs.

Dated: August 8, 2011

*Valerie Baker Fairbank* (signature)

Hon. Valeria Baker Fairbank
United States District Court Judge

\\\LA - 022031/000020 - 488634 v1