1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

13

| | |
|---|---|
| JAKE MANDEVILLE-ANTHONY, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY PICTURES, DISNEY ENTERPRISES, INC., PIXAR d/b/a PIXAR ANIMATION STUDIOS; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. CV 11-2137 VBF (JEMx)<br><br>Complaint Filed:  March 14, 2011<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>Hon. Valerie Baker Fairbank |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Defendants The Walt Disney Company's, Walt Disney Pictures', Disney

2  Enterprises, Inc.'s and Pixar's ("Defendants") Motion for Attorneys' Fees

3  ("Motion") came before the Court on September 19, 2011, 2011.  Defendants'

4  Motion was made pursuant to 17 U.S.C. Section 505 which authorizes the Court to

5  award reasonable attorneys' fees to the prevailing party in a copyright infringement

6  action.  The Court finds that Defendants were the prevailing parties in this action

7  and that an award of attorneys' fees is appropriate here.  The Court further finds that

8  Defendants' request for $38,000.00 in fees to be reasonable.  Accordingly, the Court

9  **ORDERS** Plaintiff to pay Defendants' attorneys' fees in the amount of $38,000.00

10  within 30 days of the issuance of this order.  Thereafter, Defendants are entitled to

11  post-judgment interest on that amount.

12

13

14  **IT IS SO ORDERED.**

15

16  Dated: _____          _____

17                                                                  Hon. Valeria Baker Fairbank
                                                                    United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28